PROB 35
MDFL 04/2013

Report and Order Terminating Supervised Release/Probation
Prior to Original Expiration Date

# United States District Court
FOR THE
Middle District of Florida

UNITED STATES OF AMERICA

        v.                            Crim. No.  8:24- cr-333-SPF

Daniel Patrick Casey

On February 26, 2025, the above named was placed on probation for a period of 24 months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

_____ for
Christina Gomez
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 19th day of May, 2026.

SEAN P. FLYNN
United States Magistrate Judge